# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1321

_____

| | | |
|---|---|---|
| Reginald L. Cobbins, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States. |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Engineered Plastic Components, | * | |
| | * | [UNPUBLISHED] |
| Appellee, | * | |
| | * | |
| Dave Arnold; John Johnson; Chuck | * | |
| Aust; Glenda Shackelford; Randy | * | |
| Nelson; Chris Ross, | * | |
| | * | |
| Defendants. | * | |

_____

Submitted: August 23, 2011
Filed: August 29, 2011

_____

Before MURPHY, ARNOLD and BENTON, Circuit Judges.

_____

PER CURIAM.

Reginald Cobbins appeals following the district court's[1] adverse grant of summary judgment in his employment-discrimination action.

_____

[1]The Honorable Nanette K. Laughery, United States District Judge for the Western District of Missouri.

Engineered Plastic Components has moved to dismiss this appeal based on the form of Cobbins's brief on appeal, and this court denies the motion.

After careful de novo review of the merits of the appeal, *see Anderson v. Larson*, 327 F.3d 762, 767 (8th Cir. 2003), this court affirms. Cobbins's discrimination and retaliation claims fail because the undisputed evidence showed he did not suffer an adverse employment action, *see Gilbert v. Des Moines Area Cmty. Coll.*, 495 F.3d 906, 917 (8th Cir. 2007), *Phillip v. Ford Motor Co.*, 413 F.3d 766, 768 (8th Cir. 2005). His hostile-work-environment claim fails, because the undisputed evidence showed, among other things, that EPC took appropriate remedial action, *see Jenkins v. Winter*, 540 F.3d 742, 749 (8th Cir. 2008). Cobbins's remaining arguments are either not properly before us, or are meritless and do not need further discussion.

This court affirms. *See* 8th Cir. R. 47B.

_____